1  UNITED STATES DISTRICT COURT FOR THE
2  WESTERN DISTRICT OF WASHINGTON
3
4  Huifang Zhang (American citizen, also I.G and D.G's mother);
5  Huifang Zhang also on behalf of I.G and D.G, both I.G and D.G are minor and American citizen,
6  I.G is 5 year old and D.G is 4 year old.
7  Shunichi Takahashi(Japanese citizen, also I.G and D.G's father);
8
9  Plaintiffs,
10  v.
11
12  United States of American; U.S. Department of Homeland Security; U.S. Customs and Border
13  Protection;
14  Kevin K. McAleenan,in his official capacity as Acting Secretary of the U.S. Department of
15  Homeland Security;
16  Kevin K. McAleenan, in his official capacity as Commissioner of U.S. Customs and Border
17  Protection
18
19  Defendants.
20
21
22  Table of Contents
23
24  Jurisdiction and Venue
25  Parties
26  Background
27  Summary 1
28  Summary 2
29  Cause of Action
30  Prayer For Relief
31  Fact Summary
32
33
34  Jurisdiction and Venue
35
36
37  1. The court has jurisdiction pursuant to 28 U.S.C. § 1346(b) ("FTCA") and  28 U.S.C. § 1331 and
38  5 U.S.C. § 702  and 28 U.S.C. § 2201(a)
39
40  2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) and 1391(e)(1). Defendants
41  are United States agencies or officers sued in their official capacities, and a substantial part of the
42  events or omissions giving rise to this claim occurred in Seattle,within the Western District of
43  Washington.
44
45  3. Pursuant to 28 U.S.C § 2675(a), the claims set forth herein were presented to  U.S. Customs and
46  Border Protection("CBP"). The CBP denied the claims on February 4, 2019. Plaintiffs have
47  therefore exhausted all administrative remedies.
48
49
50  Parties

51
52
53  4.  Plaintiff  Huifang Zhang(American citizen, also  I.G and D.G's mother);
54
55  5.  Plaintiff  Huifang Zhang also on behalf of I.G and D.G, both I.G and D.G are minor and
56  American citizen,I.G is 5 year old and D.G is 4 year old. (I.G. was 17months old while D.G. Was 7
57  months old when this incident happened)
58
59  6.  Plaintiff  Shunichi Takahashi(Japanese citizen, also I.G and D.G's father);
60
61  7.  Defendant United States is sued under the Federal Tort Claims Act for the tortious acts of its
62  employee.
63
64  8.  Defendant Kevin K. McAleenan is the Acting Secretary of the U.S. Department of Homeland
65  Security. He is responsible for implementing and enforcing the Immigration and Nationality
66  Act("INA"), and oversees the U.S. Customs and Border Protection ("CBP") . He is sued in his
67  official capacity.
68  Defendant  Kevin K. McAleenan is the Commissioner of  U.S. Customs and Border Protection
69  ("CBP") ,He is sued in his official capacity.
70
71
72                                    Background
73
74
75  9.  We pay our respect to U.S. Customs and Border Protection ("CBP") : one of great law
76  enforcement agencies, to safeguard America's border,while fostering the Nation's economic security
77  through lawful international trade and travel with integrity and defending and upholding the
78  Constitution of the United States.
79
80  10.  However,
81      Firstly,we also need to turn to the fact:  CBP has about 60,000 employees, but in 2015 alone
82      257 Arrest  3310  Discipline Violation and took action(demotion,removal,suspension...)
83                                    (Exhibit 1: CBP Discipline Overview Fiscal Year 2015)
84
85  11.  About 5% violation proportion, seems to be extremely high ratio compared with other
86  government agencies and private sectors, and also shows violation of Constitution, Statute,Rules
87  has been persistent problem inside CBP.
88
89  12.  Secondly,CBP senior executive James F.Tomsheek at CBP's Internal Affairs,sought protection
90  under the Whistleblower Protection Act,after he made a number of allegations at CBP.
91                                                                        (Exhibit 2)
92
93  13.  This also shows CBP not only is seriously lack of internal compliance,but also retaliate on its'
94  own senior rank employee, not to mention the general public.
95
96
97                          Summary 1 (from Shunichi Takahashi)
98
99

100  14. Shunichi Takahashi("S.T", Japanese citizen) is an International Japanese Businessman. When
101  traveling across the border of Blaine,WA, on Sep 29,2015.
102
103  15. S.T was forced to accept the secondary inspection due to not having admission stamp on the
104  passport for the previous entry. But later the fact showed it was the CBP's mistake and negligence to
105  forget to stamp.
106
107  16. To cover up their mistake, instead of maintaining dignity and apologizing, CBP officer Paul J.
108  Carter("Paul", Caucasian) alone still detained and investigated S.T for 7 hours in a small and cold
109  room, in order to find any excuse to refuse S.T's entry, also repeatedly race discriminated and
110  humiliated S.T. For example, he contemned  S.T repeatedly by " Visa Waiver Program("VWP") is
111  privilege for your people". Similar with Mr. Trump's "send you back" recently. Actually VWP is
112  fair mutual treaty between 2 countries(Japanese can enter USA without visa and simultaneously
113  American can enter Japan without visa too), and "your people" means Asian here. But the issue is
114  maybe Mr.Trump doesnot really mean that, but it seems Paul really means that.
115
116  17.  Paul used fraudulent and malicious Misleading Question Technique including:
117     (a) add the words S.T never said (Exhibit 3_1, 3_2, 3_3)
118     (b) make S.T think Paul is asking about A, but use S.T's answer for B (Exhibit 4_1,4_2)
119
120  18. When S.T found what Paul wrote on S.T's "Sworn Statement(Paul's only evidence against
121  S.T)" was not genuine and not what S.T said, S.T asked Paul to correct it,but Paul refused and
122  threatened S.T to sign by "if you don't sign, it means you don't cooperate, which will affect your
123  entry into U.S in the future". S.T still refused to sign.
124
125  19.  The consequence turned out to be The Fraudulent S.T's Sworn Statement without S.T's
126  signature is very different from the fact which published by IRS and other government agencies.
127
128  20.  But based on  The Fraudulent S.T 's Sworn Statement written by Paul, Officer Paul revoked
129  S.T's VWP and refused S.T's admission into the USA. He charged S.T as "as investor of one US
130  company, performing direct sales and installation of lighting equipment ", all because according to
131  the US government visa regulation, visiting foreigners can be the investor of US company, or
132  perform sales and promotion work in US(including technical support), But just cannot both being
133  the investor of US company and at the same time perform daily corporation operation work. You
134  need to satisfy the both 2 essential elements to violate the visa regulation. But IRS report shows S.T
135  even doesn't  hold one single share of that US company. And there is no any evidence show S.T
136  performing daily corporation operation work.
137
138  21.  The worse thing is Paul never explained why CBP forgot to stamp admission on S.T's passport
139  which caused S.T to be detained from the beginning, and never apologize for this mistake.
140
141  22.  Then S.T reported the solid fact to the CBP unit, but instead of maintaining dignity and
142  apologizing, the supervisors (Cynthia Ralko, John Dahm) indirectly admitted their misconduct and
143  negligence by avoiding answering S.T's report, just suddenly switched  S.T's  doubtful charge to
144  another ridiculously new one: "intending immigrant as having 2 US citizen children"  (Exhibit 5_1,
145  5_2), which can be comprehensively considered as "Cover up" ,"Harassment"and
146  "Retaliation".Moreover, seems there is no any seriousness there. For those CBP officers,it is just
147  like a small card game in the every afternoon after the lunch, if this card doesnot work, just bring
148  another card. So if this charge doesnot work, just bring another one.
149

150   23.  The following logical and legitimate reasons strongly support and make everyone in
151   Democracy and Constitutional country believe all the above CBP did are just "Cover up",
152   "Harassment" and Retaliation.
153      (a)  The suddenly switched new charge is absolutely 100% unrelated to the old charge,very
154   unnatural and irrational. Just like the Mathematics teacher spent a lot of time explain to you why
155   you failed the Mathematics exam, but suddenly he just quit and said "I saw you ran slowly at the
156   gym(physical education class).Make the true incentive and purpose behind it looks very dubious.
157      (b)  There are 5 months between Paul charged S.T and his supervisors got S.T's report, they had
158   plenty time to discover the mistake and correct it if the mistake is true, but they did not. And just
159   shortly after S.T's report, they suddenly changed their original doubtful charge,it is so unnatural and
160   illogical , which only means the latter changed new one is only Lie,Destruction of Evidence and
161   Retaliation.
162      (c)  Every reasonable people will think just "because having US citizen children,which mean you
163   are intending immigrant" sounds very ridiculous. British royal family prince harry got married with
164   American actress Meghan Markle, their baby is American citizen. Is prince harry intending
165   immigrant? Is prince harry banned to enter USA because he is intending immigrant? If prince
166   harry's US citizen baby's father(prince harry) is not banned to enter USA, why my US citizen baby's
167   father(me) have to be banned to enter USA? Is it a totally and obviously violation of constitutional
168   right to equal protection? of course, it is!!!
169   On the other hand, even after having 2  US citizen children, S.T became so qualified well for the
170   immigrant visa,but he did not apply one, which apparently, legitimately and  logically proves he is
171   not intending immigrant.
172      (d)   All the CBP evidence is The Fraudulent S.T's Sworn Statement, which barely mentions
173   anything about S.T's children and intending immigration, and almost all words are focused on  "as
174   investor of one US company, performing direct sales and installation of lighting equipment ".Again
175   just like the Mathematics teacher spent the whole day explain to you why you failed the
176   Mathematics exam, he is supposed to ask you question about Mathematics, but suddenly he just quit
177   and changed the topic 100%  "I saw you ran slowly at the gym(physical education class),that is why
178   I failed you at my Mathematics class".
179      (e)  Again CBP officers switched their refusal charge on S.T's admission. It is switch, which
180   means they actually rescinded the prior charge and bring the new one on S.T's admission. But if
181   they rescinded the prior refusal charge on S.T's prior admission to USA,which mean S.T can enter
182   USA freely again now,how can they bring the new refusal charge on S.T without S.T's new
183   admission? Very simple: S.T has not tried to enter USA since then, how can they refuse S.T's
184   admission?
185
186   24.  Above also reminds us of the similar situation of  James F.Tomsheek even at CBP's Internal
187   Affairs, he is senior executive at CBP but still got Retaliation, not to mention the general public: us.
188   So it is pity to say that some CBP officers, they do forget their duty of dignity and justice, but let
189   vanity and immorality come to their first priority.
190
191
192                              Summary 2 (from Huifang  Zhang)
193
194
195   25.  Huifang Zhang("H.Z", US permanent resident and became US citizen one year later) and her 2
196   babies(US citizens) traveling across the border of Blaine,WA,on Sep 29,2015,with S.T,  CBP officer
197   Paul (Caucasian) detained H.Z and her 2 babies without returning passports to them.
198

199   26.  No chair to sit except cold floor, and no baby formula and water provided during the whole 7
200   hours From 5pm to midnight.  Both I.G. And D.G were tired,  hungry and scared, they cried all the
201   time. H.Z. had to carry the babies with arms all the time,starving,exhausted and frightened, which
202   caused them serious PTSD  and  Anxiety Disorder.             (Exhibit 6_1, 6_2, 6_3, 6_4).
203
204   27.  Finally at midnight 12 pm,Paul illegally forced H.Z and her 2 US citizen babies leave US and
205   sent them back to the border of Canada, without explaining any reason, and returned the passports
206   to them on the border of Canada. And they are all Asian.
207
208   28.  H.Z and her 2 children were so shocked by being forced to leave US as US citizen and US
209   permanent resident without any explanation and lacked of due process,they were substantially and
210   mentally damaged.
211                                                      (Exhibit 6_1, 6_2, 6_3, 6_4)
212
213   29.  Afterwards we discovered what Officer Paul did is Violation of The Law, then reported to CBP,
214   but only got the "Cover up" ,"Harassment"and "Retaliation" from CBP.
215
216   30.  This time CBP unlawfully blocked S.T from normally visiting his 2 US citizen babies in US by
217   ironically charging S.T as " intending immigrant as having 2 US citizen children", as retaliation.
218   (see the details of the Summary 1)
219
220   31.  As US citizen, protected by the Constitution, H.Z's 2 US citizen babies deserve the right to
221   being visited by their father and being cared and educated during their most important period of life
222   time, but the right was just deprived by CBP illegally. Seattle is an international and well civilized
223   city, just cannot believe this kind of thing can happen here!
224
225   32.  Conclusion: some CBP officers attempting to cover up their mistake of forgetting to stamp on
226   the passport from the first place, then from their vanity, arrogance and immoral purpose, instead of
227   one single and simple apology, they chose to repeat lie,concealment,destruction of evidence and
228   retaliation and etc at all cost, they continuously switched their charge on us from one to another,
229   from "not having admission stamp in the passport for the previous entry." to "as investor of one US
230   company, performing direct sales and installation of lighting equipment ",then again to "intending
231   immigrant as having 2 US citizen children ".3 times! Instead of one single apology,eventually they
232   deprived  2  US citizen babies' human right to being visited by the father with charge on their father
233   as having 2  US citizen babies! What a great ironic joke for Seattle, the beautiful city I love!
234
235   33.  Supplement:Detention of nursing women and babies
236     According to CBP National Standards on" Transport, Escort, Detention, and Search Policy",
237   Nursing Detainees will be offered a snack upon arrival and a meal at least every six hours , must
238   have regular access to snacks, milk, and juice. Food must be appropriate for at-risk detainees' age
239   and capabilities(such as formula and baby food).
240     H.Z with her 7-months-old son D.G. and 17-month-old daughter I.G., apparently, She was a
241   nursing women with 2 babies, they were detained in the hall, they didnot have access to food and
242   drinking water, they were detained from 5PM to midnight, 7hours, they were all starving,
243   exhausting, scared, but CBP officer never provided any food and water to them.
244
245
246                                              Cause of Action
247
248

249                    (Administrative Procedure Act, 5 U.S.C. § 706(2)(a)(d))

250  34. Plaintiffs reallege and incorporate by reference the allegations set forth in the preceding
251  paragraphs of this Complaint.

252

253  35. Paul refused H.Z' and her 2 U.S citizen babies' entry without "hearing", without due process of
254  the law, apparently violating the Fifth Amendment("without due process of law") and The
255  Administrative Procedure Act, 5 U.S.C. § 706(2)(a)(" arbitrary, capricious, an abuse of discretion")
256  and The Administrative Procedure Act, 5 U.S.C. § 706(2)(d)(" without observance of procedure
257  required by law") and Fourteenth Amendment("a person's rights to life,liberty or property shall not
258  be deprived without due process of law,nor shall any person be denied equal protection of the
259  laws.")

260

261  36. Just a few days later, H.Z and her 2 U.S citizen babies were authorized to enter U.S by other
262  CBP officer also completely proved Paul was totally wrong.

263

264  37. During the long detention, H.Z and her 2 U.S citizen babies were not provided with necessary
265  formula and baby food, strongly against even CBP National Standards, also violating The
266  Administrative Procedure Act, 5 U.S.C. § 706(2)(a)(b)(d).

267

268

269                          (Fifth Amendment)

270

271  38. Plaintiffs reallege and incorporate by reference the allegations set forth in the preceding
272  paragraphs of this Complaint.

273

274  39. Paul coerced S.T to sign the The Fraudulent Sworn Statement by threatening"if you don't sign,
275  it means you don't cooperate, which will affect your entry into U.S in the future", violating the Fifth
276  Amendment("a right against forced self-incrimination")

277

278

279                     (Administrative Procedure Act)

280

281

282  40. Plaintiffs realleges and incorporates by reference the allegations set forth in the preceding
283  paragraphs of this Complaint.

284

285  41. After S.T pointed out part of the Sworn Statement Paul wrote is wrong, but Paul ignored and
286  refused to let S.T correct it, "You have to let people correct his own statement before sign it",
287  apparently violating The Administrative Procedure Act, 5 U.S.C. § 706(2)(a)(b)(d).
288     Based on the The Fraudulent Sworn Statement even without S.T's signature, as well as against
289  the fact shown by IRS and other government agencies, Paul revoked S.T's "VWP" and refused his
290  entry to U.S is far beyond " arbitrary, capricious, an abuse of discretion" ,much close to a
291  crime"Evidence forgery" 18 U.S. Code § 1506,  apparently violating The Administrative Procedure
292  Act, 5 U.S.C. § 706(2)(a).

293

294  42. Also without observance of procedure required by law, contrary to constitutional right, again
295  apparently violating The Administrative Procedure Act, 5 U.S.C. § 706(2)(b)(d).

296

297  43. After S.T reported the mistake of the statement and legitimate evidence to Paul's
298  supervisors(Cynthia Ralko, John Dahm), they ignored and  refused to correct,  apparently violating

299  The Administrative Procedure Act, 5 U.S.C. § 706(2)(a)(b)(d). "You have to correct what has been
300  proved wrong".
301      After S.T reported Paul's misconduct and negligence, instead of correction and apology, Paul's
302  supervisors (Cynthia Ralko, John Dahm) suddenly switched the doubtful charge on S.T to another
303  absolutely unrelated and groundless new one, to only indicate it is nothing but Cover up,Harassment
304  and Retaliation, much close to a crime  18 U.S. Code § 1506,1513,1519, and apparently violating
305  The Administrative Procedure Act, 5 U.S.C. § 706(2)(a)(b)(d).
306
307  44.  CBP officers switched their refusal charge on S.T's admission. Bring the new refusal charge on
308  S.T without S.T's new admission. It is very ridiculous. Apparently violating The Administrative
309  Procedure Act, 5 U.S.C. § 706(2)(a)(b)(d).
310
311
312                          (Federal Tort Claims Act)
313                          (28 U.S.C. § 1346, 2671 )
314          (negligent or wrongful act or omission of any employee of the Government)
315
316
317  45.  Plaintiffs reallege and incorporate by reference the allegations set forth in the preceding
318  paragraphs of this Complaint.
319
320  46.  Without due process of law, Paul deported  H.Z and her 2 U.S citizen children, but several days
321  later, other CBP officers let H.Z and her 2 U.S citizen children enter, absolutely properly fall into
322  place of " Negligence" of FTCA.
323
324  47.  During the long detention, H.Z and her 2 U.S citizen babies were not provided with necessary
325  formula and baby food, strongly against even CBP National Standards, absolutely properly fall into
326  place of " Negligence" of FTCA.
327
328  48.  After S.T pointed out part of the Sworn Statement Paul wrote is wrong, but Paul ignored and
329  refused to let S.T correct it, "You have to let people correct his own statement before sign it",
330  abosulately properly fall into place of " Negligence" of FTCA.
331
332  49.  After S.T reported the mistake of the statement and legitimate evidence to Paul's
333  supervisors(Cynthia Ralko, John Dahm), they ignored and  refused to correct,  absolutely properly
334  fall into place of " Negligence" of FTCA. "You have to correct what has been proved wrong".
335
336  50.  After S.T reported Paul's " negligent and wrongful act and omission"activity to his
337  supervisors(Cynthia Ralko, John Dahm), they refused to correct Paul's activity, properly fall into
338  place of " negligent or wrongful act or omission" of FTCA.
339
340  51.  In S.T's  Sworn Statement written by Paul, Paul
341      (1) add the words S.T never said , properly fall into place of " negligent or wrongful act" of
342  FTCA.
343      (2) make S.T think Paul is asking about A, but use S.T's answer for B, properly fall into place
344  of " negligent or wrongful act" of FTCA.
345
346  52.  Considering the incident as a whole, including Paul wrote S.T's Sworn Statement " negligently
347  or wrongfully", ignored and refused S.T's objection " negligently or wrongfully", then based on the
348  wrong information he revoked S.T's "VWP" and refused S.T's admission, which causing S,T's

349 mental and economical damage, comprehensively constitutes the " negligent or wrongful act" of
350 FTCA.
351
352 53. Paul coerced S.T to sign his Sworn Statement, properly fall into place of " negligent or
353 wrongful act" of FTCA.
354
355 54. Considering the incident as a whole, including Paul's supervisors(Cynthia Ralko, John Dahm)
356 ignored S.T's legitimate objection report about the his Sworn Statement" negligently or
357 wrongfully", and neglegent to supervise their subordinate(Paul) , just suddenly switched to
358 absolutely unrelated and groundless new one to escape " negligently or wrongfully", which causing
359 S,T'mental and economical damage, comprehensively constitutes the " negligent or wrongful act"
360 of FTCA.
361
362 55. CBP officers switched their refusal charge on S.T's admission. Bring the new refusal charge on
363 S.T without S.T's new admission. It is very ridiculous. Properly fall into place of " negligent or
364 wrongful act" of FTCA.
365
366    About Minor
367 56. I.G. was 19 months and G.D. was 7 months old, due to CBP officers' "negligent or wrongful act
368 or omission", both babies suffering from PTSD and Anxiety Disorder( Exhibit 6 ), they often cry
369 during sleep, get very anxious and crying whenever separated with their mother.
370
371 57. I.G. had apparent behavior regression. Before the accident, I.G. was potty-trained, and played
372 happily with friends. But after the accident, she had to wear diapers again as she wet her pants all
373 the time, and always sit alone, and started to bite other children sometimes.
374
375 58. Before the accident, D.G. could sleep in his own crib for the whole night without problem. But
376 after that, he often wakes up crying during sleeping, and could not sleep by himself, he could only
377 sleep with his mother.
378
379
380                        (Expungement (Erase)) Action at Common Law )
381
382
383 59. Plaintiffs reallege and incorporate by reference the allegations set forth in the preceding
384 paragraphs of this Complaint.
385
386 60. Paul coerced S.T to sign and threatened S.T to sign by "if you don't sign, it means you don't
387 cooperate, which will affect your entry into U.S in the future".
388
389 61. After S.T reported Paul's misconduct and negligence, instead of correction and apology, Paul's
390 supervisors (Cynthia Ralko, John Dahm) suddenly switched the charge of S.T to another absolutely
391 unrelated and groundless new one.
392
393 62. Upon information and belief, CBP has entered and maintains unfair and inaccurate record of
394 S.T
395
396 63. S.T is entitled to declaratory and  injunctive relief ordering that those unfair and inaccurate
397 records related to him to be expunged (erased).
398

399
400                              (Fourteen Amendment)
401
402
403  64. Plaintiffs reallege and incorporate by reference the allegations set forth in the preceding
404  paragraphs of this Complaint.
405
406  65. "a person's rights to life,liberty or property shall not be deprived without due process of law,nor
407  shall any person be denied equal protection of the laws" from  Fourteen Amendment.
408
409  66. I.G and D.G were 1 year and 2 years old  American children then. They have a nice father and
410  deserved to being visited, cared and educated, just as other general American children. But so far
411  the basic  human right protected by Constitution has been just deprived by CBP, through " coerce to
412  sign", "Evidence forgery",  "Cover up and Retaliation".
413  More ironically, being US citizen baby become the reason to to be discriminated by CBP, who are
414  American too!
415
416
417                              (Due process of law)
418
419  67. Plaintiffs reallege and incorporate by reference the allegations set forth in the preceding
420  paragraphs of this Complaint.
421
422  68. CBP officers switched their refusal charge on S.T.It is switch, which means they actually
423  rescinded the prior charge and bring the new one on S.T's admission. But if they rescinded the prior
424  refusal charge on S.T's prior admission to USA, which mean S.T can enter USA freely again
425  now,how can they bring the new refusal charge on S.T without S.T's new admission? Very simple:
426  S.T has not tried to enter USA since then, how can they refuse S.T's admission? Apparently
427  violating the Fifth Amendment("without due process of law") and The Administrative Procedure
428  Act, 5 U.S.C. § 706(2)(a)(" arbitrary, capricious, an abuse of discretion") and The Administrative
429  Procedure Act, 5 U.S.C. § 706(2)(d)(" without observance of procedure required by law") and
430  Fourteenth Amendment("a person's rights to life,liberty or property shall not be deprived without
431  due process of law,nor shall any person be denied equal protection of the laws.") and also violating
432  Immigration and Nationality Act.
433
434  69. During the long detention, H.Z and her 2 U.S citizen babies were not provided with necessary
435  formula and baby food, strongly against even CBP National Standards, apparently violating the
436  Fifth Amendment("without due process of law") and The Administrative Procedure Act, 5 U.S.C. §
437  706(2)(a)(" arbitrary, capricious, an abuse of discretion") and The Administrative Procedure Act, 5
438  U.S.C. § 706(2)(d)(" without observance of procedure required by law") and Fourteenth
439  Amendment("a person's rights to life,liberty or property shall not be deprived without due process
440  of law,nor shall any person be denied equal protection of the laws.").
441
442                              (Race Discrimination)
443       (Fifth Amendment, First Amendment, Immigration and Nationality Act(8 U.S.C. § 1152(a)(1)
444  (A)),Fourteenth Amendment,Civil Rights Act of 1964)
445
446
447  70. Plaintiffs realleges and incorporates by reference the allegations set forth in the preceding
448  paragraphs of this Complaint.

449
450  71. Paul(Caucasian) repeatedly race discriminated and humiliated S.T(Asian) by " Visa Waiver
451  Program("VWP") is privilege for your people".Actually VWP is fair mutual treaty between 2
452  countries(Japanese can enter USA without visa and simultaneously American can enter Japan
453  without visa too), and "your people" means Asian here.
454
455  72. Paul(Caucasian) alone detained and investigated S.T(Asian) for 7 hours in a small and cold
456  room, a well armed and powerful Caucasian with all authority stayed in a very small "cell"  with a
457  weak Asian who has nothing to protect himself, two people together for 7 hours!!! the whole day! It
458  is extremely easy to create the race discrimination environment. A  race discrimination environment
459  make people tend to discriminate!
460
461  73. After Paul(Caucasian) refused S.T(Asian) admission to US by Evidence forgery. Paul also
462  forced H.Z(Asian) and her 2 US citizen children(Asian) to leave US by violation of  due process of
463  law. And they are all Asian.
464
465  74. Apparently and undoubtedly " Race Discrimination" is one big reason for Paul to do these.
466
467  75. Therefore,  Paul violated the following Constitutions and Statutes:
468      Fifth Amendment: The Due Process Clause of the Fifth Amendment prohibits the federal
469  government from denying equal protection of the laws. But Paul was motivated by animus and a
470  desire to harm a particular race and nation.
471      First Amendment: The Establishment Clause of the First Amendment prohibits the federal
472  government from officially preferring one religion over another. Paul has violated the Establishment
473  Clause of the First Amendment.
474      Immigration and Nationality Act(8 U.S.C. § 1152(a)(1)(A)): prohibits discrimination in the
475  issuance of visas on the basis of race,nationality,place of birth, or place of residence. And Paul has
476  violated it.
477      Fourteenth Amendment: a person's rights to life,liberty or property shall not be deprived without
478  due process of law,nor shall any person be denied equal protection of the laws. Paul has violated it.
479      Civil Rights Act of 1964: Outlawed discrimination based on race, color, religion or national
480  origin. Paul has violated it.
481
482
483                                      Prayer For Relief
484
485          Wherefore, Plaintiff respectfully prays the Court:
486
487
488  76. (1) Vacate Charge of Inadmissibility of S.T to US
489       (2) Expunge (erase) all the unfair, inaccurate record or investigatory information regarding S.T
490       (3) Award  S.T  1,500,000 US$  for substantial and mental damage
491
492  77. Reason:
493      Because CBP officer's Misconduct, Malicious Prosecution, Discrimination , Retaliation,  Abuse
494  of Process,Negligent Supervision,Negligence, Evidence forgery, Cover up, Harassment ,Destruction
495  of evidence, Coerce, Negligent or Wrongful act or Omission
496  a. S.T had to change his travel schedule suddenly, cancelled booked tickets without refund,made
497  new unexpected expensive ones..
498  b. S.T was mentally damaged and  got sick with PDST. (Exhibit 7), particularly the pain as a father.

499  c. so far(nearly 5 years) S.T cannot normally visit US and trade between US and Japan as before,
500  also as other general business people, so many business opportunity have been lost, so many
501  business meeting cannot be joined, particularly as an international business person, as US occupies
502  the almost 30% GDP of the world!
503  d. so far(nearly 5 years) S.T cannot normally visit his US citizen children in US  who were 1 and 2
504  years old as before, as other general fathers, when is the most important time/age for children to
505  need father's care and education,particularly so painful as a father.
506
507  78. (4)Award  H.Z 500,000 US$  for substantial and mental damage,
508      (5)Award  I.G  500,000 US$  for substantial and mental damage
509      (6)Award  D.G 500,000 US$  for substantial and mental damage
510
511  79. Reason:
512      Because CBP officer's Misconduct, Malicious Prosecution, Discrimination , Retaliation, Abuse
513  of Process,Negligent Supervision,Negligence, Evidence forgery, Cover up, Harassment ,Destruction
514  of evidence, Coerce, Negligent or Wrongful act or Omission
515  a. H.Z had to change her travel schedule suddenly, cancelled booked tickets without refund,made
516  new unexpected expensive ones..
517  b. H.Z and her 2  US citizen children were substantial and mentally damaged.
518  c. so far(nearly 5 years) I.G and D.G have been illegally deprived by CBP of the right which is
519  totally protected by the Constitutions to being visited by father and cared and educated normally
520  and naturally,just as other normal babies in the neighbour in USA.
521
522  80.  Grant any other relief the Court deems just and equitable.
523
524
525                              Fact  Summary
526
527
528  81.  We were driving back to US from Canada on Sep 29th 2015,  planning to have dinner in nice
529  restaurant  at Seattle. We arrived at the US-Canada border at about 5PM, after we showed our
530  passports to the border officer , he ask S.T when S.T entered US last time, S.T told him it was July
531  26th, 2015 at Los Angeles international airport,  the officer couldn't find the entry stamp on S.T's
532  passport which the CBP officer at LAX forgot to stamp, so he told S.T to go into the CBP station to
533  fix the stamp issue as secondary inspection.
534
535  82.  But unfortunately at the station Officer Paul turned the secondary inspection to fix their mistake
536  of stamp into "fix S.T and S.T's family" from his own personal immoral purpose(include Race
537  Discrimination).
538
539  83.  After we enter the CBP station,  Officer Paul took all our passports, and he did not ask anything
540  about the stamp thing, only asked what S.T do. And he also detained H.Z and her babies.
541
542  84.  From 5pm to 12PM, about 7 hours, It's getting colder in the late night, our babies and their
543  mother were exhausted, hungry, thirsty, sleepy, cold,crying and scared. There are no place to rest
544  except the cold floor, nothing to eat,nothing to drink. Paul did not provide any baby formula and
545  water at all for 2 US citizen babies during the whole time, 7 hours!!! America with the bless from
546  the God definitely should not have this kind of thing happen!
547

548  85. At the same time, S.T were questioned by officer Paul in the small detention room alone for 7
549  hours,only Paul and S.T. (One strong Caucasian with fully armed, one weak Asian with only a pen)
550
551  86. It was cold , no food provided, and our babies were crying all the time just outside S.T's
552  detention room, S.T was exhausted, hungry, thirsty, scared and under extreme pressure. But the
553  most painful thing is to see our 2 babies crying beside S.T , and crying because of S.T ,but S.T
554  cannot do anything for them, and S.T felt so helpless for them! We believe all the fathers around the
555  world will have the same feeling as S.T and feel the same S.T's pain deeply. The pain!for every
556  decent man.
557  So S.T tried hard to be cooperative, at least tried hard to show S.T is cooperative,not only for S.T
558  but also for S.T's babies. S.T tried to smile to Paul all the time, and tried to answer his every
559  question with very good manner,nicely and smiling. But Paul always returned with a very cold face!
560
561  87. Even though officer Paul saw that we were on vacation back from Canada, and stopped by the
562  border officer only for the stamp issue, he tried to mislead S.T and made up S.T's statement by his
563  own way to show S.T conducted daily operation business for one US company as investor which
564  S.T is totally not. Then after showed S.T the statement Paul wrote, Paul wrote it!not S.T! Paul
565  threatened S.T to sign by saying that It would affect S.T's next entry to US if S.T doesn't
566  sign ,which mean S.T could not see S.T's babies. S.T refused because most things on the statement
567  were not true and even not S.T's words or meaning, S.T asked Paul to correct it, and even tried to
568  correct by S.T himself, but Paul refused rudely and  destroyed the paper S.T corrected, again
569  destroyed the paper S.T corrected ! Paul grabbed S.T's hand and took S.T's fingerprint, then Paul
570  threatened S.T again to sign the signature. S.T still refused again.
571
572  88. After 7 hours detention, without explanation, Paul forced all of us to leave the US border and
573  sent us back to Canada,even though our babies are US citizen and their mother who was US
574  permanent resident(she became US citizen one year later).
575
576  89. It was already midnight, just a few minutes before the Canadian border closed,which mean we
577  almost stuck between 2 borders and has no way to go at the cold and heavy foggy middle dark
578  night.
579
580  90. A few days later, when H.Z and her 2 babies tried to enter US again, another CBP officer just
581  let them enter very very smoothly. What an ironic thing!
582
583
584
585
586
587
588
589
590
591
592
593
594
595
596
597

598
599   DATED: July 31, 2019 Respectfully submitted,
600
601   Plaintiffs:
602
603
604   _____
605   Huifang  Zhang
606
607
608
609   I. G.   D. G   by  Huif
610
611   Huifang  Zhang also on behalf of I.G and D.G
612
613
614
615   Shunichi Takahashi
616
617   Shunichi Takahashi
618
619
620
621
622
623
624
625
626
627
628
629
630
631
632
633
634
635
636
637
638
639
640
641
642
643
644
645

13