UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHANG et al,

    Plaintiffs,

v.

UNITED STATES OF AMERICA et al,

    Defendants.

CASE NO. C19-1211 RSM

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME OF NOTING DATE FOR DEFENDANT'S MOTION TO DISMISS

## **JOINT STIPULATION**

The parties, hereby stipulate and agree that Defendant's Motion to Dismiss should be noted for consideration on February 28, 2020 rather than the current date of February 21, 2020. The Court previously granted Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, from January 13, 2020 to February 17, 2020. Dkt. 12. Defendant had consented to Plaintiff's requested time extension. Dkt. 11. The Court also ordered that Defendant's Motion to Dismiss shall be noted for consideration on February 21, 2020. Dkt. 12. Unfortunately, Defendant consented to this extension of time for Plaintiff without realizing the undersigned counsel would be out of the office without computer access from February 17, 2020 through February 24, 2020. Accordingly, the parties hereby stipulate and agree that Defendant's Motion to Dismiss should now

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME OF NOTING DATE FOR DEFENDANT'S
MOTION TO DISMISS
C19-1211-RSM - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

| | |
|---|---|
| 1 | be noted for consideration on February 28, 2020, to allow Defendant time to respond to Plaintiff's |
| 2 | response, if any. |
| 3 | WHEREFORE counsel respectfully requests that this stipulated motion be granted. |
| 4 | |
| 5 | DATED this 28th day of January, 2020. |

BRIAN T. MORAN
United States Attorney

*s/ Huifang Zhang   Shunichi Takahashi*
Huifang Zhang
Huifang Zhang on behalf of I.G and D.G
Shunichi Takahashi
Chitose 3-17-10-401
Sumida-Ku
Japan
Tokyo 130-0025

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NYBA # 5195664
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: kristen.vogel@usdoj.gov
Attorney for United States

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME OF NOTING DATE FOR DEFENDANT'S
MOTION TO DISMISS
C19-1211-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

**IT IS HEREBY ORDERED** that the Plaintiffs' Response to Defendant's Motion to Dismiss is due on February 17, 2020 and that the Defendant's Motion to Dismiss should be noted for consideration on February 28, 2020.

Dated this 29th day of January 2020.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BRIAN T. MORAN
United States Attorney

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NYBA # 5195664
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: kristen.vogel@usdoj.gov
Attorney for United States

*s/ Huifang Zhang   Shunichi Takahashi*
Huifang Zhang
Huifang Zhang on behalf of I.G and D.G
Shunichi Takahashi
Chitose 3-17-10-401
Sumida-Ku
Japan
Tokyo 130-0025

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME OF NOTING DATE FOR DEFENDANT'S MOTION TO DISMISS
C19-1211-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970