UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUIFANG ZHANG, et al., | |
| Plaintiffs, | |
| v. | CASE No:  2:19-cv-01211-RSM |
| | |
| UNITED STATES OF AMERICA, et al., | STIPULATED MOTION FOR EXTENSION OF TIME TO FILE THE FIRST AMENDED COMPLAINT |
| Defendants, | |
| | Noted for consideration:  May 28, 2020 |

## JOINT  STIPULATION

The parties, hereby stipulate and agree that the Plaintiffs' Motion for the Extension of Time to File The First Amended Complaint should be granted and that  Plaintiffs' First Amended Complaint shall now be due on  July 17, 2020.

WHEREFORE counsel respectfully requests that  Plaintiffs' Motion for the Extension of Time to File The First Amended Complaint be granted.

Dated this May 28, 2020.

                                                       BRIAN T. MORAN
                                                       United States Attorney


*s/ Huifang Zhang Shunichi Takahashi*          *s/ Kristen R. Vogel*
-----------------------------------------------   --------------------------------------------------------------
Huifang Zhang                                        KRISTEN R.VOGEL, NYBA #5195664
Huifang Zhang on behalf of I.G and D.G      Assistant United States Attorney
Shunichi Takahashi                                  Western District of Washington
Chitose 3-17-10-401                               United States Attorney's Office
Sumida-Ku                                             700 Stewart Street, Suite 5220
Tokyo Japan 130-0025                            Phone: 206-553-7970
                                                             Email: kristen.vogel@usdoj.gov
                                                             Attorney for United States

1

51
52
53                              <u>ORDER</u>
54
55
56      IT IS HEREBY ORDERED that the Plaintiffs'  Extension of Time to File The First
57   Amended Complaint is due on July 17, 2020.
58
59
60
61   DATED:  <u>June 1, 2020</u>                    _____
62                                            RICARDO S. MARTINEZ
63                                     CHIEF UNITED STATES DISTRICT JUDGE
64
65