1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUIFANG ZHANG et al., | CASE NO. 2:19-cv-01211-TL |
| Plaintiff, | ORDER OF REFERENCE |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendant. | |

This action is assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:19-cv-01211-TL-SKV. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("Local MJR") 3, the Court hereby refers to Magistrate Judge S. Kate Vaughan all non-dispositive pretrial matters, other than those matters excluded by 28 U.S.C. § 636(b)(1)(A). See 28 U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a). This referral includes the pending United States' Motion to

Compel Discovery and Virtual Depositions from Plaintiffs (Dkt. No. 37). Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge S. Kate Vaughan's rulings concerning any non-dispositive motions. See Fed. R. Civ. P. 72(a); Local MJR 3(b).

Accordingly, the Court Orders that the above-entitled action is referred to Magistrate Judge S. Kate Vaughan for the specific purposes and types of motions described herein. The Court further Directs and Empowers Magistrate Judge S. Kate Vaughan to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

IT IS SO ORDERED.

Dated this 3rd day of February, 2022.

Tana Lin
United States District Judge